IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CR-057-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GAUTAM SAVLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Adoption By Reference Of Motion For A Daubert Hearing Filed By Defendant Sonia Thaker" (Document No. 41) filed August 27, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Adoption By Reference Of Motion For A Daubert Hearing Filed By Defendant Sonia Thaker" (Document No. 41) is **GRANTED**.

Signed: August 28, 2013

David C. Keesler
United States Magistrate Judge